UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIN K. HOLBROOK, | ) |
| | ) No.  CV-11-0394-CI |
| Plaintiff, | ) |
| | ) ORDER GRANTING UNOPPOSED |
| v. | ) MOTION TO DISMISS COMPLAINT |
| | ) AND CLOSING THE FILE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendants | ) |

Before the court is Plaintiff's unopposed Motion to Dismiss, which the court construes as a motion for voluntary dismissal without prejudice pursuant to Rule 41(a).  (ECF No. 11.)  The parties have consented to proceed before a magistrate judge. (ECF No. 8.)  Defendant does not oppose this motion. (ECF No. 12.) Accordingly,

**IT IS ORDERED:**

1. The captioned matter is dismissed without prejudice.

2. No judgment shall be entered.

3. The file of the captioned matter is **CLOSED**.

4. The District Court Executive is directed to file this Order and provide copies to counsel for the parties.

DATED March 29, 2012.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO DISMISS COMPLAINT AND CLOSING THE FILE